IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**FILED**

JAN 3 0 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

Terry W. Osborn,                )
                                )
            Plaintiff,           )    C/A No. 2-01-4002-18
                                )
    vs.                          )
                                )
Pharmaceutical Education & Development )
Foundation of the Medical University of )    **VERDICT**
South Carolina,                  )
                                )
            Defendant.           )
_____)

WE, THE JURY, UNANIMOUSLY FIND:

(1) Did the plaintiff, Terry W. Osborn, prove, by the preponderance of the evidence, each of the elements of his claim for negligent misrepresentation against the defendant?

   YES _____        NO ✓ _____

(2) Did the plaintiff prove, by the preponderance of the evidence, each of the elements of his claim for breach of contract against the defendant?

   YES ✓ _____        NO _____

(3) Did the plaintiff prove, by the preponderance of the evidence, each of the elements of his claim for a violation of the South Carolina Wage Act?

   YES ✓ _____        NO _____

*If you have answered "YES" to any of questions (1) - (3), turn to the next page and answer question (4). If your answer to all questions is "NO," sign and date this verdict form.*

191

(4)  Did the plaintiff prove by the preponderance of the evidence that he is entitled to actual damages and/or a claim for equity? If your answer is "YES," please provide an amount below in dollars and cents. If your answer is "NO," leave blank.

*One hundred thirty one thousand one hundred*

ACTUAL DAMAGES            $ 131,000

EQUITY                    $ _____


*When you are finished, please sign and date this verdict form.*

_____            1/30/04
Foreperson                        Date