IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**FILED**

JAN 3 0 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | | |
|---|---|---|
| Terry W. Osborn, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 2-01-4002-18 |
| | ) | |
| vs. | ) | |
| | ) | |
| Pharmaceutical Education & Development Foundation of the Medical University of South Carolina, | ) ) ) ) | **VERDICT** |
| Defendant. | ) ) | |

WE, THE JURY, UNANIMOUSLY FIND:

(1) Did the defendant, the Pharmaceutical Education & Development Foundation of the Medical University of South Carolina, prove, by the preponderance of the evidence, each of the elements of its counterclaim for negligent misrepresentation against the plaintiff?

YES _____   NO ✓ _____

(2) Did the defendant prove, by the preponderance of the evidence, each of the elements of its counterclaim for breach of contract against the plaintiff?

YES _____   NO ✓ _____

(3) Did the defendant, prove, by the preponderance of the evidence, each of the elements of its counterclaim for breach of fiduciary duty?

YES _____   NO ✓ _____

*If you have answered "YES" to any of questions (1) - (3), turn to the next page and answer question (4). If your answer to all questions is "NO," sign and date this verdict form.*

192

(4)     Did the defendant prove by the preponderance of the evidence that it is entitled to actual damages? If your answer is "YES," please provide an amount below in dollars and cents. If your answer is "NO," leave blank.

ACTUAL DAMAGES     $_____


When you are finished, please sign and date this verdict form.

_____          __1/30/04_____
Foreperson                                          Date